UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

WILLIAM JEFFREY HOWARD and
JENNIFER HOWARD HILL, on behalf of the
ESTATE OF WILLIAM G. HOWARD　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　　　　　　　　NO. 3:12-CV-00750-CRS-DW

MERCER TRANSPORTATION COMPANY, INC., et al.　　　　　　　DEFENDANTS

## ORDER

For the reasons set forth in the memorandum opinion entered this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) The motion of the defendants, Mercer Transportation Company, Inc., for judgment on the pleadings (DN 14) is **GRANTED.**

(2) The motion of the plaintiffs, William Jeffrey Howard and Jennifer Howard Hill, on behalf of the Estate of William G. Howard, for judgment on the pleadings (DN 8) is **DENIED.**

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
**United States District Court**

September 25, 2013